# Fifth District Court of Appeal
## State of Florida
_____

Case No. 5D22-2429
LT Case No. 2018-31223-CICI
_____

Brandi Ange,

    Appellant,

    v.

Todd A. Goodwin,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Mary G. Jolley, Judge.

Clay W. Schacht, of Hogan & Hogan, P.A., Orlando, for Appellant.

Sharon C. Degnan, of Kubicki Draper, Orlando, for Appellee.

December 19, 2023

Per Curiam.

    Affirmed.

Jay, Boatwright, and MacIver, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____